■ WILLIAM KUNTZ, III, Individually and as Coexecutor of WILLIAM KUNTZ, SR., Deceased, and as Shareholder in PETER KUNTZ COMPANY, Appellant, v SHAWMUT BANK OF BOSTON et al., Respondents.—Appeal from five orders of the Supreme Court (Viscardi, J.), entered June 22, 1989, June 26, 1989,

June 30, 1989, July 10, 1989 and August 24, 1989 in Essex County, which granted defendants' motions to dismiss the complaint.

Orders affirmed, with costs, upon the opinion of Justice Dominick J. Viscardi. Kane, J. P., Weiss, Mikoll, Mercure and Harvey, JJ., concur.